

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00003-CV

IN THE INTEREST OF J.M., JR., AND C.M., CHILDREN

On Appeal from the 76th District Court
Camp County, Texas
Trial Court No. CPS-22-03775

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

Appellant has filed a filed a motion with this Court seeking to voluntarily dismiss his appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted: February 27, 2023
Date Decided: February 28, 2023